IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA N. ST. JOHN, ) <br> ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> THE GEO GROUP, INC and ) <br> WARDEN OF MOSHANNON ) <br> VALLEY PROCESSING CENTER, ) <br> ) <br>     Respondents. ) | Civil Action No. 3:23-cv-26 <br><br> Magistrate Judge Patricia L. Dodge |

**ORDER**

Sandra N. St. John initiated federal habeas proceedings in this Court on February 10, 2023. She states that she is being held on an immigration charge at Moshannon Valley Processing Center. St. John submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 without paying the filing fee or filing a motion for leave to proceed *in forma pauperis* **accompanied by the required document**. If she wants to proceed with a federal habeas case, she must either pay the $5.00 filing fee or file in support of her motion for leave to proceed *in forma pauperis* (ECF 1) the supporting document described below.

Based upon all of the foregoing, **IT IS HEREBY ORDERED** that:

1. This case is ADMINISTRATIVELY CLOSED;

2. St. John may reopen this case if, by **March 10, 2023**, she: (1) pays the $5.00 filing fee; or (2) files in support of her motion for leave to proceed *in forma pauperis* (ECF 1) a certificate from the warden or other appropriate officer at Moshannon Valley Processing Center showing the amount of money or securities that she has in any account in the institution. *See* Rule 3(a)(2) of the Rules Governing Section 2254 Cases in the United States District Courts (which also applies to § 2241 habeas cases).

Failure to comply with this order shall be construed as indicating St. John's decision not to continue prosecution of a habeas action with this Court.

2

So ORDERED this 10th day of February, 2023.


/s/ Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge

Case 3:23-cv-00026-PLD   Document 2   Filed 02/10/23   Page 2 of 2

2